

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2015

No. 04-14-00374-CR

Luis Arnaldo **BAEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6881
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

Appellant's extension of time to file their motion for rehearing is GRANTED. Time is extended to November 30, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2015.

Keith E. Hottle
Clerk of Court